**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00902-CV

### WEINSTEIN & RILEY, P.S., Appellant

### V.

### LARRY BLANKENSHIP, ET AL., Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-05153A**

## ORDER

We **GRANT** appellees' November 5, 2014 unopposed motion for an extension of time to file a brief. Appellees shall file their brief by **December 10, 2014**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE